**Brian K. PETTUS, Appellant,**

v.

**Kenneth C. HARDIN and Beth A. Hardin, Respondents.**

No. 73459.

Missouri Court of Appeals,
Eastern District,
Division Two.

June 30, 1998.

Robin E. Fulton, R. Scott Reid, Fredericktown, for appellant.

Tom R. Burcham, III, Clinton B. Roberts, Farmington, for respondents.

Before CRANE, P.J., and RHODES RUSSELL and JAMES R. DOWD, JJ.

**ORDER**

PER CURIAM.

Brian K. Pettus, independent contractor, appeals the summary judgment granted in favor of defendants, Kenneth C. and Beth A. Hardin, on his claim for damages for personal injuries he sustained while cutting tree branches on defendants' property. We have reviewed the briefs of the parties and the record on appeal. Finding no reversible error, we affirm.

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum for

their information only, setting forth the reasons for this order.

Judgment affirmed pursuant to Rule 84.16(b).